ACCEPTED
01-15-00284-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/10/2015 2:43:47 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00284-CV

**IN THE COURT OF APPEALS FOR THE FIRST DISTRICT OF TEXAS AT HOUSTON**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/10/2015 2:43:47 PM
CHRISTOPHER A. PRINE
Clerk

LATRICE HARRIS,
Appellant,

v.

HIGHLAND KNOLLS COMMUNITY ASSOCIATION,
Appellee.

## DESIGNATION OF LEAD COUNSEL FOR APPELLEE

TO THE HONORABLE COURT:

Appellee Highland Knolls Community Association ("Appellee") files this Designation of Lead Counsel pursuant to Texas Rule of Appellate Procedure 6.2 to notify the Court that Frank O. Carroll III, State Bar No. 24082785, of Roberts Markel Weinberg Butler Hailey PC, 2800 Post Oak Blvd., 57th Floor, Houston, Texas 77056, makes an appearance in this appeal as lead counsel of record for Appellee.

Respectfully submitted,

Roberts Markel Weinberg Butler Hailey PC

_____

FRANK O. CARROLL III
Texas State Bar No. 24082785
GREGG S. WEINBERG
Texas State Bar No. 21084150
2800 Post Oak Blvd., 57th Floor
Houston, Texas 77056
Telephone: 713-840-1666
Facsimile: 713-840-9404
fcarroll@rmwbhlaw.com
gweinberg@rmwbhlaw.com
ATTORNEYS FOR APPELLEE

## CERTIFICATE OF COMPLIANCE

I hereby certify that this document is 252 words, as calculated by the word count feature of Microsoft Word 2010 (PC Edition).

_____

FRANK O. CARROLL III

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served upon the parties listed below by facsimile, messenger, regular U.S. Mail, certified mail, return receipt requested and/or electronic service in accordance with the Texas Rules of Appellate Procedure on this the 10th day of November, 2015.

***Via Regular Mail and***
***Via Certified Mail/RRR: 7010 1870 0003 4219 8360***
Ms. Latrice L. Harris
2310 Enchanted Park Lane
Katy, TX  77450

_____
Frank O. Carroll III